U.S. POSTAGE >> PITNEY BOWES

ZIP 78701 $ 000.48⁵
02 1W
0001401603 NOV 25 2015

OFFICIAL BUSINESS
STATE OF TEXAS
PENALTY FOR
PRIVATE USE

O. BOX 12308, CAPITOL STATION
AUSTIN, TEXAS 78711

RE: WR-84,139-01

TAVARIS MEANS

TDC # 2005242

RTS
Discharged

